

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**TAWANA C. MARSHALL, CLERK**
**THE DATE OF ENTRY IS**
**ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

*[signature]*

**United States Bankruptcy Judge**

**Signed June 20, 2011**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 11-70090-HDH-13 |
| | § | |
| ROBERT ARTHUR GRANT and | § | |
| LAURIE JANETTE GRANT, | § | |
|    Debtor | § | CHAPTER 13 |
| | § | |
| MIDFIRST BANK ITS ASSIGNS | § | |
| AND/OR SUCCESSORS IN | § | |
| INTEREST, | § | |
|    Movant | § | HEARING DATE: 06/15/2011 |
| | § | |
| v. | § | TIME: 10:00 AM |
| | § | |
| ROBERT ARTHUR GRANT and | § | |
| LAURIE JANETTE GRANT; WALTER | § | |
| O'CHESKEY, Trustee | § | |
|    Respondents | § | JUDGE HARLIN D. HALE |

**ORDER LIFTING STAY**
**AS TO DEBTOR**

On this day came on before the Court the Motion of MIDFIRST BANK ITS ASSIGNS

AND/OR SUCCESSORS IN INTEREST, Movant, for Relief from the Automatic Stay. The

Court is advised no timely response was filed and there was no appearance at the hearing and, therefore, the Motion should be granted.  Therefore, it is

ORDERED that the stay afforded by 11 U.S.C. §362 is terminated with respect to Movant on the following described property, to wit:

> LOT NUMBER ELEVEN (11) BLOCK NUMBER THREE (3), ASHTON ADDITION, SECTION ONE (1), AN ADDITION TO THE CITY OF BURKBURNETT, WICHITA COUNTY, TEXAS, ACCORDING TO PLAT OF RECORD IN VOLUME 8, PAGE 45, WICHITA COUNTY PLAT RECORDS

It is further

ORDERED that the provision of Rule 4001(a)(3), Federal Rules of Bankruptcy Procedure is hereby waived and MIDFIRST BANK ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST may immediately enforce and implement this Order Lifting Stay.

### End of Order ###

APPROVED AS TO FORM AND SUBSTANCE

BARRETT  DAFFIN  FRAPPIER
TURNER & ENGEL, LLP

/s/ SAMUEL DAFFIN, II
SAMUEL DAFFIN, II
TX NO. 24072057
1900 SAINT JAMES PLACE SUITE 500
HOUSTON, TX 77056
Telephone: (713) 621-8673
Facsimile: (713) 621-8583
E-mail:  NDECF@BDFGROUP.COM
ATTORNEY FOR MOVANT