

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed November 22, 2013

United States Bankruptcy Judge

_____

MOD1 0013.000276

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO: 11-70090-HDH-13** |
| **ROBERT ARTHUR GRANT** | **DATED: November 21, 2013** |
| **LAURIE JANETTE GRANT** | **ATTORNEY: MONTE J WHITE** |
| | **HEARING DATE: 11/20/2013** |

**ORDER APPROVING SECOND MODIFIED PLAN AND LIMITING NOTICE**

On this day came on for consideration the "Modification of Plan After Confirmation and Order Limiting Notice" dated 10/18/2013. The Court finds that notice was and is appropriate under the circumstances, and that the Modification should be APPROVED.

**IT IS THEREFORE ORDERED** that the Modified Plan dated 10/18/2013 be and the same is hereby APPROVED, as stated below:

Debtor's payment shall remain the same. However, $1,031.00 from payments paid ahead are applied
to case for a new base of $24,971.00. The IRS is allowed a priority claim for 2010 taxes of
$1,619.63 and shall be paid with a payment of $55.85.
Debtor attorney is allowed $400.00 for this modification, to be paid through the plan.

**IT IS FURTHER ORDERED** that 25 days written Notice to the Debtor(s), Attorney for Debtor(s), the Chapter 13 Trustee, and all creditors adversely affected by such modification and opportunity for hearing, is appropriate under the circumstances.

# # # End of Order # # #

 /s/  Walter O'Cheskey
Walter O'Cheskey,Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424

United States Bankruptcy Court
Northern District of Texas

In re:
Robert Arthur Grant
Laurie Janette Grant
    Debtors

Case No. 11-70090-hdh
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0539-7     User: brielly     Page 1 of 1     Date Rcvd: Nov 22, 2013
                 Form ID: pdf012    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2013.
db/jdb    +Robert Arthur Grant,   Laurie Janette Grant,   211 E Wharton Ave,   Electra, TX 76360-2637

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2013                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2013 at the address(es) listed below:
        Mary A. Daffin    on behalf of Creditor    MidFirst Bank ndecf@BDFGROUP.com
        Maynard Samuel Daffin, II    on behalf of Creditor    MidFirst Bank ndecf@bdfgroup.com
        Monte J. White    on behalf of Debtor Robert Arthur Grant legal@montejwhite.com,
         mjwhiteoffice@gmail.com
        Monte J. White    on behalf of Joint Debtor Laurie Janette Grant legal@montejwhite.com,
         mjwhiteoffice@gmail.com
        United States Trustee     ustpregion06.da.ecf@usdoj.gov,  albert.loftus@usdoj.gov
        Walter 12,13 OCheskey     cmecf@ch13-12westtex.org,  ecfcox@ost-wtx.org,ost.cmecf@gmail.com
                                                                                                                               TOTAL: 6